IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. Bank, National Association as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1, <br><br>**Plaintiff,**<br>**V.**<br><br>Robin Silver, RBS Citizens NA successor in interest to St. Paul Federal Bank for Savings<br><br>**Defendants.** | Case No: 12-cv-02756<br><br>Judge: Edmond Chang |

## MOTION FOR JUDGMENT NUNC PRO TUNC

NOW COMES the Plaintiff, U.S. Bank, National Association as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1, by and through its attorney, Megan Christine Adams, and moves this Honorable Court for Entry of Judgment of Foreclosure Nunc Pro Tunc. In support thereof, Plaintiff states as follows:

1. On March 7, 2013 this Honorable Court entered Judgment of Foreclosure in favor of the Plaintiff in the amount of $265,827.65. (See Dkt. # 25).

2. That $265,827.65 figure comes from the Affidavit of Debt by Mekeisha Neil (Dkt. #19-4) and the Affidavit of Attorney's fees by Phillip A. Pluister (Dkt.#19-5).

3. However, the $265,827.65 figure did not take into account the per diem interest of $3,244.74 that the Plaintiff was entitled to as of March 7, 2013.

4. Additionally, a Judgment of Foreclosure was never entered.

WHEREFORE, Plaintiff respectfully requests that its Motion for Judgment Nunc Pro Tunc be Granted, that this Court enter a judgment of foreclosure in favor of Plaintiff effective as

of March 7, 2013, and enter an award of $269,072.39 as of March 7, 2013.

>Respectfully submitted,
>*/s/ Megan Christine Adams*
>Megan Christine Adams ARDC#6312221
>Potestivo & Associates, P.C.
>223 West Jackson Blvd, suite 610
>Chicago, IL 60601
>(312)263-0003